AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY LEE WILLIAMS,**

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

CASE NO. C2-09-1068
**LISA L. SADLER, et al.,**     JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE MARK R. ABEL

       **Defendants.**

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Order filed April 14, 2010, JUDGMENT is hereby entered DISMISSING this case.**

Date: April 14, 2010                JAMES BONINI, CLERK

                                         */S/ Andy F. Quisumbing*
                                         (By) Andy F. Quisumbing
                                         Courtroom Deputy Clerk