IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Gary Lee Williams,                    :

          Plaintiff         :    Civil Action 2:09-cv-01068

v.                                    :    Judge Sargus

Lisa L. Sadler, *et al.*,             :    Magistrate Judge Abel

          Defendants        :

**ORDER**

Plaintiff Gary Lee Williams, a prisoner at the Chillicothe Correctional Institution, brought this action alleging that defendants conspired to deprive him of rights in connection with a criminal indictment. On April 14, 2010, the Court entered judgment dismissing the case because Williams had neither paid the Court's $350 filing fee or moved to proceed *in forma pauperis*. This matter is now before the Court on plaintiff Williams' March 20, 2013 motion for relief from that judgment (doc. 30).

Plaintiff's remedy was an appeal from the judgment. He in fact did file a notice of appeal, but that appeal was subsequently dismissed for want of prosecution (doc. 29). The motion for relief from judgment merely repeats plaintiff's argument that he is not a prisoner and, thus, not subject to the Prison Litigation Reform Act. That argument has previously been rejected both by this Court and the Court of Appeals. Finding no

arguable ground to set aside the April 14, 2010 judgment, plaintiff's March 20, 2013 motion for relief from that judgment (doc. 30) is DENIED.

                                                                     _____ 3-22-2013

                                                                     Edmund A. Sargus, Jr.
                                                                     United States District Judge